UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL HUMBERTO FIGUEROA,<br><br>            Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>            Respondent. | Case No. CV 09-5720 DSF (CT)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE WITH NON-MATERIAL MODIFICATIONS |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation.

    Subject to the non-material modifications identified below, the court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

    IT IS ORDERED that:

    1.    The report and recommendation is accepted with the following modifications, see 28 U.S.C. § 636(b)(1)(C), which are not material to the court's decision:

                •     At page 6, line 4, "502 U.S. 67-68" has been replaced

|    |    |    |
|----|----|----|
| 1  |    | with "502 U.S. 62, 67-68 (1991)"; |
| 2  | •  | At page 6, lines 7-8, "<u>Estelle v. McGuire</u>, 502 U.S. 62, |
| 3  |    | 68 (1991)" has been replaced with "<u>Id.</u> at 68"; |
| 4  | •  | At page 9, line 9, the word "<u>id.</u>" has been changed to |
| 5  |    | "opinion"; |
| 6  | •  | At page 13, line 11, the word "opinion" has been |
| 7  |    | changed to "<u>id.</u>"; and |
| 8  | •  | At page 15, line 15, "," has been inserted after the |
| 9  |    | word "suggestive." |
| 10 | 2. | Judgment be entered denying the petition for writ of habeas |
| 11 |    | corpus and dismissing this action with prejudice. |

```
                                         /s/ Dale S. Fischer
        11/25/09
DATED:  _____    _____
                                         DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE
```